IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RANDALL PETERSEN,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2597

_____/

Opinion filed December 1, 2016.

An appeal from the Circuit Court for Escambia County.
Ross M. Goodman, Judge.

J. Christopher Klotz of Stevenson Klotz, LLP, Pensacola, for Appellant.

Pamela Jo Bondi, Attorney General, and Thomas H. Duffy, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, ROWE, and KELSEY, JJ., CONCUR.